# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11-cv-6371 | **DATE** | 9/22/11 |
| **CASE TITLE** | Micro Enhanced Technology, Inc. v. Morning Industry, Inc. | | |

**DOCKET ENTRY TEXT:**

A status hearing is set for 11/15/11 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|