# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MICRO ENHANCED TECHNOLOGY, INC.,** an Illinois corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>**MORNING INDUSTRY, INC.**, a California corporation,<br><br>  Defendant. | **Civil Action No. 11-06371**<br><br>**Judge: Darrah**<br><br>**Jury Trial Requested** |

## NOTICE OF MOTION

TO: Vic Lin
INNOVATION CAPITAL LAW GROUP, LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
T: (949) 223-9623
F: (949) 223-9610

PLEASE TAKE NOTICE that on October 6, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Darrah or any judge sitting in his stead, in Room 1203, at 219 S. Dearborn St., Chicago, Illinois, and then and there present **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER/OTHERWISE PLEAD,** a copy of which is hereby served upon you.

DATED: September 30, 2011      Respectfully Submitted,
　　　　　　　　　　　　　　　　s/Nicholas S. Lee/_____
　　　　　　　　　　　　　　　　Edward L. Bishop
　　　　　　　　　　　　　　　　ebishop@bishoppatents.com
　　　　　　　　　　　　　　　　Nicholas S. Lee
　　　　　　　　　　　　　　　　nlee@bishoppatents.com
　　　　　　　　　　　　　　　　BISHOP & DIEHL, LTD.
　　　　　　　　　　　　　　　　1750 East Golf Road, Suite 390
　　　　　　　　　　　　　　　　Schaumburg, IL 60173
　　　　　　　　　　　　　　　　Tel: (847) 969-9123
　　　　　　　　　　　　　　　　Fax: (847) 969-9124

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Micro Enhanced Technology, Inc.*

2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 30th day of September 2011. Any other counsel of record will be served by electronic mail and/or first class mail.


               /s/ Nicholas S. Lee_____
               Nicholas S. Lee