# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11-cv-06371 | **DATE** | 10/04/11 |
| **CASE TITLE** | Micro Enhanced Technology, Inc. v. Morning Industry, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for an Extension of Time of 21 days [6] is granted. No appearance is necessary on 10/6/11.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|