IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICRO ENHANCED TECHNOLOGY, INC.,** an Illinois corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>**MORNING INDUSTRY, INC.**, a California corporation,<br><br>       Defendant. | **Civil Action No. 11-06371**<br><br>**Judge:  Darrah**<br><br>**Jury Trial Requested** |

**AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER/OTHERWISE PLEAD**

Defendant Morning Industry, Inc. respectfully requests that this Court grant it an extension of time to file an answer or otherwise respond to Plaintiff's Complaint, and states as follows:

1.     Plaintiff filed its Complaint on September 13, 2011.  Defendant was served with the Complaint on September 15, 2011.  Accordingly, Defendant's deadline to answer or otherwise plead in response to Plaintiff's Complaint was October 6, 2011.  On September 30, 2011, a three-week extension of time for defendant to answer/otherwise plead was filed, extending the Defendant's deadline to answer or otherwise plead in response to Plaintiff's Complaint to October 27, 2011.

2.     At this time, the principals for the parties are still engaged in settlement discussions and hopeful that the parties may reach a settlement that will result in dismissal of this litigation.

1

3. The parties agree that it would be beneficial and serve the interests of minimizing the costs to the parties to extend the deadlines for Defendant to answer or otherwise respond to Plaintiff's Complaint until November 17, 2011.

4. Pursuant to Fed. R. Civ. P. 6(b), this Motion is made prior to the expiration of time for Defendant to file its Answers or otherwise plead in response to Plaintiff's Complaint.

5. This is the second extension of time sought by both parties in this matter.

WHEREFORE, Defendant respectfully requests that this Court enter an order extending the time twenty-one (21) days, until November 17, 2011, for Defendant to file its answer or otherwise respond to Plaintiff's Complaint.

DATED: October 25, 2011    Respectfully Submitted,

/s/Edward L. Bishop_____
Edward L. Bishop
ebishop@bishoppatents.com
Nicholas S. Lee
nlee@bishoppatents.com
BISHOP & DIEHL, LTD.
1750 E. Golf Rd., Suite 390
Schaumburg, IL 60173
Tel: (847) 969-9123
Fax: (847) 969-9124

*Counsel for Plaintiff Micro Enhanced Technology, Inc.*

/s/Vic Lin (w/ permission)_____
Vic Lin
VLin@innovationcaplaw.com
INNOVATION CAPITAL LAW GROUP, LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
Tel: (949) 223-9623
Fax: (949) 223-9610

*Counsel for Defendant Morning Industry, Inc.*

2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 25, 2011. Any other counsel of record will be served by electronic mail and/or first class mail.

              /s/ Edward L. Bishop_____
              Edward L. Bishop