# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MICRO ENHANCED TECHNOLOGY, INC.,** an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MORNING INDUSTRY, INC.,** a California corporation,<br><br>Defendant. | **Civil Action No. 11-06371**<br><br>**Judge: Darrah**<br><br>**Jury Trial Requested** |

## NOTICE OF MOTION

TO: Vic Lin
INNOVATION CAPITAL LAW GROUP, LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
T: (949) 223-9623
F: (949) 223-9610

PLEASE TAKE NOTICE that on November 3, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Darrah or any judge sitting in his stead, in Room 1203, at 219 S. Dearborn St., Chicago, Illinois, and then and there present **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER/OTHERWISE PLEAD,** a copy of which is hereby served upon you.

DATED: October 25, 2011        Respectfully Submitted,

s/Edward L. Bishop/_____
Edward L. Bishop
ebishop@bishoppatents.com
Nicholas S. Lee
nlee@bishoppatents.com
BISHOP & DIEHL, LTD.
1750 East Golf Road, Suite 390
Schaumburg, IL 60173
Tel: (847) 969-9123
Fax: (847) 969-9124

*Attorneys for Plaintiff Micro Enhanced Technology, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 25th day of October 2011. Any other counsel of record will be served by electronic mail and/or first class mail.

                                            /s/ Edward L. Bishop_____
                                            Edward L. Bishop