# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11-cv-6371 | **DATE** | 10/27/11 |
| **CASE TITLE** | Micro Enhanced Technology, Inc. V. Morning Industry, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for Extension of Time for Defendant to Answer/Otherwise Please [11] is granted. No appearance is necessary on 11/3/11. Status hearing of 11/15/11 is re-set for 11/17/11.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|