# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6371 | **DATE** | 11/8/2011 |
| **CASE TITLE** | Micro Enhanced Technology, Inc. v. Morning Industry, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 11/17/11 is re-set to 12/1/11 at 9:30 a.m. Motion by attorney Vic Y. Lin for leave to appear pro hac vice on behalf of the defendant is granted [15].

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|