**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Vic Y. Lin

FIRM: Innovation Capital Law Group, LLP

STREET ADDRESS: 19900 MacArthur Blvd., Suite 1150

CITY/STATE/ZIP: Irvine, CA 92612

PHONE NUMBER: 949-223-9623

E-MAIL ADDRESS: VLin@innovationcaplaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 11-CV-06371 | Micro Enhanced Technology, Inc. v. Morning Industry, Inc. | Judge John W. Darrah |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

___s/ Vic Y. Lin_____     ___11/15/11_____
Attorney's Signature                                                                 Date