# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    1:11-cv-06371

Micro Enhanced Technology, Inc.

v.

Morning Industry, Inc. and Menard, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**Morning Industry, Inc. and Menard, Inc.**

| | |
|---|---|
| NAME (Type or print) Martin D. Snyder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Martin D. Snyder | |
| FIRM   Law Offices of Martin Snyder, P.C. | |
| STREET ADDRESS   203 North LaSalle Street, Suite 1620 | |
| CITY/STATE/ZIP   Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6238137 | TELEPHONE NUMBER   (312) 380-6588 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                APPOINTED COUNSEL | |