**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Micro Enhanced Technology, Inc.
                              Plaintiff,

v.                                              Case No.: 1:11−cv−06371
                                                Honorable John W. Darrah

Morning Industry, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2011:

    MINUTE entry before Honorable John W. Darrah: Defendant's agreed motion for an extension of time to answer or otherwise plead [19] is granted to 12/14/11. No appearance is needed on 12/1/11. Status hearing set for 12/1/11 is re−set to 1/25/12 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.