# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

| | |
|---|---|
| MICRO ENHANCED TECHNOLOGY, INC., an Illinois corporation, | |
| Plaintiff, | Civil Action No. 11-cv-6371 |
| vs. | **JURY TRIAL DEMANDED** <br> Hon. John W. Darrah |
| MORNING INDUSTRY, INC., a California corporation, MENARD, INC., a Wisconsin corporation, | |
| Defendants. | |

## MOTION TO WITHDRAW

NOW COME attorneys Vic Y. Lin of the Innovation Capital Law Group and Thomas E. Wettermann and S. Richard Carden of McDonnell Boehnen Hulbert & Berghoff LLP and respectfully move to withdraw as counsel for Defendant Morning Industry, Inc. ("Morning"). In support of their motion, movants state as follows:

1. Movants originally filed appearances between October 20 and October 31, 2011 (Dkt. Nos. 9,10 and 15).

2. Since that time, Morning has obtained new counsel. New counsel filed an appearance on November 29, 2011 (Dkt. No. 21).

3. Morning will suffer no prejudice as a result of movants' withdrawal, and has no objection to movants' withdrawal.

WHEREFORE, movants respectfully request that this Court grant their motion to withdraw.

1

Date: December 1, 2011  By:   __s/ S. Richard Carden_____
Thomas E. Wettermann (ID No. 6230503)
wettermann@mbhb.com
S. Richard Carden (ID No. 6269504)
carden@mbhb.com
MCDONNELL BOEHNEN HULBERT &
   BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

Vic Lin (CA Bar No. 192292)
vlin@innovationcaplaw.com
INNOVATION CAPITAL LAW GROUP, LLP
19900 MacArthur Boulevard, Suite 1150
Irvine, CA 92612
Tel:  949.954.5430
Fax:  949.223.9610

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2011 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper or emailed copies will be sent to those indicated as non-registered participants.

                                                          s/ S. Richard Carden