UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| MICRO ENHANCED TECHNOLOGY, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MORNING INDUSTRY, INC., a California corporation, MENARD, INC., a Wisconsin corporation,<br><br>　　　　　Defendants. | Civil Action No. 11-cv-6371<br><br>**JURY TRIAL DEMANDED**<br>Hon. John W. Darrah |

**MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that on Thursday, December 8, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, the parties will appear by their counsel to present their MOTION TO WITHDRAW before the Honorable John W. Darrah in Courtroom 1203 in the United States District Courthouse, 219 South Dearborn, Chicago, Illinois.

Date: December 1, 2011　　　　　By:　　s/ S. Richard Carden
　　　　　　　　　　　　　　　　　　　Thomas E. Wettermann (ID No. 6230503)
　　　　　　　　　　　　　　　　　　　wettermann@mbhb.com
　　　　　　　　　　　　　　　　　　　S. Richard Carden (ID No. 6269504)
　　　　　　　　　　　　　　　　　　　carden@mbhb.com
　　　　　　　　　　　　　　　　　　　MCDONNELL BOEHNEN HULBERT &
　　　　　　　　　　　　　　　　　　　　　BERGHOFF LLP
　　　　　　　　　　　　　　　　　　　300 S. Wacker Drive
　　　　　　　　　　　　　　　　　　　Suite 3200
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel: (312) 913-0001
　　　　　　　　　　　　　　　　　　　Fax: (312) 913-0002

1

Vic Lin (CA Bar No. 192292)
vlin@innovationcaplaw.com
INNOVATION CAPITAL LAW GROUP, LLP
19900 MacArthur Boulevard, Suite 1150
Irvine, CA 92612
Tel: 949.954.5430
Fax: 949.223.9610

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 1, 2011 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper or emailed copies will be sent to those indicated as non-registered participants.

                                                s/ S. Richard Carden